June 29, 2007

Ms. Ruth Ann Norton Daniels
Gibson McClure Wallace & Daniels
8080 N Central Expwy, Suite 1300, LB 50
Dallas, TX 75206-1838

Honorable Craig T. Enoch
Winstead Sechrest & Minick, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
The Honorable William R. Burke
Harris County, 189th District Court
301 Fannin, 3rd Floor
Houston, TX 77002

RE: Case Number: 05-0311
 Court of Appeals Number: 14-05-00362-CV
 Trial Court Number: 2005-14917

Style: IN RE AUTONATION, INC. AND AUTO M. IMPORTS NORTH, LTD. D/B/A
 MERCEDES-BENZ OF HOUSTON-NORTH

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause. The stay order issued December 5, 2005 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |
| |Mr. Andrew S. Golub |
| |Mr. Charles T. |
| |Frazier Jr. |